UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Northwest Administrators Inc., <br><br> Plaintiff, <br><br> v. <br><br> Superior Plus Energy Services Inc., <br><br> Defendant. | CASE NO. C21-1687 <br><br> MINUTE ORDER RE MOTION FOR DEFAULT |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The clerk granted Plaintiff's motion for default 28 days ago, on February 24, 2022. (Dkt. No. 7.) Plaintiff has not yet filed a motion for default judgment. If Plaintiff does not do so within 30 days of this order, the Court will issue an order to show cause why this case should not be dismissed for failure to prosecute.

The clerk is ordered to provide copies of this order to all counsel.

Filed March 24, 2022.

Ravi Subramanian<br>
Clerk of Court

s/Serge Bodnarchuk<br>
Deputy Clerk

MINUTE ORDER RE MOTION FOR DEFAULT - 2